UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-09-PGB-E_K
18 U.S.C. § 875(c)

SEAN MICHAEL ALBERT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 13, 2022, in the Middle District of Florida, and elsewhere, the defendant,

SEAN MICHAEL ALBERT,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, the defendant posted a message on Discord, an online social media platform, stating: "600 W College Ave, Tallahassee, FL 32306. At 13:00 December 17, 2022 100 FA****S Will Die, Cya there!" along with a picture of an AR-15 style firearm. (The threat that the defendant posted used an unredacted slur for members of the LGBTQ+ community.)

In violation of 18 U.S.C. § 875(c).

## SPECIAL FINDING

The Grand Jury realleges and incorporates by reference the allegations in Count One of this Indictment, and further charges that, in transmitting a communication containing a threat to injure a person of another, the defendant,

SEAN MICHAEL ALBERT,

intentionally selected his intended victims—members of the LGBTQ+ community—as the objects of his threat based on their actual and perceived sexual orientation.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

SEAN MICHAEL ALBERT

## INDICTMENT

Violation:

18 U.S.C. § 875(c)

A true bill,

███████████████

Foreperson

Filed in open court this 25th day of January, 2023.

_____
Clerk

Bail  $_____

GPO 863 525